EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 19 2002

at __11__ o'clock and __18__ min. __A__ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 02-00550 HG |
| Plaintiff, ) | INDICTMENT |
| v. ) | |
| PAULO T. JAEGER, ) | [21 U.S.C. §§ 841(a)(1) 841(b)(1)(C)] |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about March 25, 2002, in the District of Hawaii, PAULO T. JAEGER knowingly and intentionally distributed a quantity of cocaine base, to wit, approximately .126 grams of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 2

The Grand Jury further charges:

On or about April 10, 2002, in the District of Hawaii, PAULO T. JAEGER knowingly and intentionally distributed a quantity of cocaine base, to wit, approximately .135 grams of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

DATED: 12/19/02 , at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LORETTA SHEEHAN
Assistant U.S. Attorney