UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. PAULO T. JAEGER

**U.S. COURT OF APPEALS DOCKET NUMBER:** 05-10830

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CR 02-00550ACK-01

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 03 2006
DISTRICT OF HAWAII

II **DATE NOTICE OF APPEAL FILED:** 12/19/05

III **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA

**DOCKET FEE PAID ON:**           **AMOUNT:**

**NOT PAID YET:**                 **BILLED:**

**U.S. GOVERNMENT APPEAL:**       **FEE WAIVED:**

WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?

IF YES, SHOW DATE:

WAS F.P. STATUS REVOKED:          DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)