ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 05-10830     U.S. District Court Case No. CR-02-00550-ACK

Short Case Title United States v. Jaeger

Date Notice of Appeal Filed by Clerk of District Court  12/19/05

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
|  |  | Voir Dire |
|  |  | Opening Statements |
|  |  | Settlement Instructions |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
|  |  | Pre-Trial Proceedings |
| 11/28/05 | SP | Other (please specify) OSC Hearing |

(additional page for designations if necessary)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 11 2006
at 11 o'clock and 30 min A M
SUE BEITIA, CLERK

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered  1/11/06     Estimated date for completion of transcript  2/10/06

Print Name of Attorney  Cynthia A. Kagiwada    Phone Number  808-230-4430

Signature of Attorney  Cynthia A. Kagiwada

Address  P.O. Box 368, Kaneohe, HI 96744


SECTION B - To be completed by court reporter

I, _____ (signature of court reporter) have received this designation.
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____


SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____  Court Reporter's Signature _____


SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia                              BY: _____
(U.S. District Court Clerk)   (date)         DEPUTY CLERK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly mailed and/or personally delivered to the following on January 11, 2006:

        LORETTA SHEEHAN
        Assistant United States Attorney
        PJKK Federal Building
        300 Ala Moana Boulevard, Room 6100
        Honolulu, Hawai'i 96813

        Attorney for Plaintiff
        UNITED STATES OF AMERICA

        STEPHEN PLATT
        Court Reporter
        United States Courthouse
        300 Ala Moana Boulevard
        Honolulu, Hawai'i 96850

DATED: Kaneohe, Hawaii, January 11, 2006.

                                    CYNTHIA A. KAGIWADA