AO 245B (Rev. 12/03)  Sheet 2 - Imprisonment

CASE NUMBER:         1:02CR00550-001                                    Judgment - Page 3 of 5
DEFENDANT:           PAULO T. JAEGER

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned
for a total term of 3 MONTHS .

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 6 2006

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✔]    The defendant is remanded to the custody of the United States Marshal.    at 9 o'clock and ✕ m̲ ̲M
                                                                                    SUE BEITIA, CLERK

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

                                                                    FEDERAL DETENTION CENTER
                                                                    P.O. BOX 30547
       Defendant delivered on___JAN 2 6, 2006___ to ___HONOLULU, HI 96820___

at _____ , with a certified copy of this judgment.

                                                          John T. Rathman
                                                          UNITED STATES MARSHAL
                                                          Warden
                                                          J. Lunni
                                          By _____
                                                          Deputy U.S. Marshal
                                                          Legal Tech