UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 27 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. PAULO JAEGER, Defendant - Appellant. | No. 05-10830 D.C. No. CR-02-00550-ACK District of Hawaii, Honolulu ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 29 2006

at 3 o'clock and __ min __ M
SUE BEITIA, CLERK

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

/s/ Nanette Won
Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 27 2006

by /s/
Deputy Clerk

S:\MOATT\Clrkords\03.06\nw\05-10830v.wpd

```
INTERNAL USE ONLY: Proceedings include all events.
05-10830 USA v. Jaeger
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Loretta A. Sheehan, Esq.<br>FAX 808/541-2958<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| PAULO JAEGER<br>    Defendant - Appellant | Cynthia A. Kagiwada<br>808/230-4430<br>[COR LD NTC cja]<br>P.O. Box 368<br>Kaneohe, HI 96744 |